ORIGINAL FILED

APR 1 2 2004

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

COPY

1  KAREN S. FRANK (No. 130887)
   SIMON J. FRANKEL (No. 171552)
2  HOWARD RICE NEMEROVSKI CANADY
        FALK & RABKIN
3  A Professional Corporation
   Three Embarcadero Center, 7th Floor
4  San Francisco, California  94111-4024
   Telephone:   415/434-1600
5  Facsimile:   415/217-5910

6  Attorneys for Plaintiffs
   BROADCAST MUSIC, INC., ET AL.
7

8              UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA          E-FILING

10                  SAN JOSE DIVISION

11  BROADCAST MUSIC, INC; RICK'S
    MUSIC, INC.; STEVE GREENBERG d/b/a     C04  01408 CRB
12  RED SEA SONGS; EMI BLACKWOOD
    MUSIC, INC.; ALLEN GEORGE AND          COMPLAINT FOR
13  FRED McFARLANE, A PARTNERSHIP          COPYRIGHT INFRINGEMENT
    d/b/a SONG A TRON MUSIC; CAN'T
14  STOP MUSIC, A DIVISION OF CAN'T
    STOP PRODUCTIONS, INC.; MOSAIC
15  MUSIC PUBLISHING, LLC d/b/a
    MOSAIC MUSIC; UNIVERSAL-SONGS
16  OF POLYGRAM INTERNATIONAL,
    INC.; ANTHONY L. RAY d/b/a MIX-A-
17  LOT PUBLISHING; ZOMBA SONGS
    INC.; R KELLY PUBLISHING INC.;
18  BRITNEY SPEARS, AN INDIVIDUAL
    d/b/a BRITNEY SPEARS MUSIC; BRIAN
19  KIERULF, AN INDIVIDUAL d/b/a
    KIERULF SONGS; JOSHUA MICHAEL
20  SCHWARTZ, AN INDIVIDUAL d/b/a
    MUGSY BOY PUBLISHING,
21
                    Plaintiffs,
22
       v.
23
    NHAH, INC. d/b/a FORUM NIGHT CLUB
24  and BRIT HAHN, individually,

25                  Defendants.

26

27

28

Plaintiffs, by their attorneys, for their Complaint against Defendants, allege as follows:

## JURISDICTION AND VENUE

1.    This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 *et seq.* (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

2.    Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

## THE PARTIES

3.    Plaintiff, Broadcast Music, Inc. ("BMI"), is a corporation organized and existing under the laws of the State of New York. BMI's principal place of business is 320 West 57th Street, New York, New York 10019. BMI has been granted the right to license the public performance rights in approximately 4.5 million copyrighted musical compositions (the "BMI repertoire"), including those which are alleged herein to have been infringed.

4.    The other Plaintiffs are the owners of the copyrights in the musical compositions which are the subject of this lawsuit. All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5.    Upon information and belief, Defendant NHAH, Inc., located at 715 Harrison Street, San Francisco, California 94107, is a corporation organized and existing under the laws of the state of California, which operates, maintains and controls an establishment known as Forum Night Club, located at 146 S. Murphy Avenue, Sunnyvale, California 94086, in this district. In connection with this business, Defendants perform musical compositions and/or cause musical compositions to be publicly performed.

6.    Upon information and belief, Defendant Brit Hahn is an officer of Defendant NHAH, Inc. with primary responsibility for the operation and management of that corporation.

7.    Upon information and belief, Defendant Brit Hahn has the right and ability to supervise the activities of Defendant NHAH, Inc. and has a direct financial interest in that

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN

1    corporation.

2

3                    **CLAIMS OF COPYRIGHT INFRINGEMENT**

4         8.    Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1

5    through 7.

6         9.    Plaintiffs allege eight (8) claims of copyright infringement, based upon

7    Defendants' unauthorized public performance of musical compositions from the BMI

8    repertoire.    All of the claims for copyright infringement joined in this Complaint are

9    governed by the same legal rules and involve similar facts.   Joinder of these claims will

10    promote the convenient administration of justice and will avoid a multiplicity of separate,

11    similar actions against Defendants.

12        10.    Annexed as the Schedule and incorporated herein as Exhibit A is a list identifying

13    some of the many musical compositions whose copyrights were infringed by Defendants.

14    The Schedule contains information on the eight claims of copyright infringement at issue in

15    this action.   Each numbered claim has the following eight lines of information:   Line 1

16    providing the claim number; Line 2 listing the title of the musical composition related to that

17    claim; Line 3 identifying the writer(s) of the musical composition; Line 4 noting the

18    publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim

19    at issue; Line 5 providing the date on which the copyright registration was issued for the

20    musical composition; Line 6 indicating the Registration number(s); Line 7 showing the

21    date(s) of infringement; and Line 8 identifying the name of the establishment where the

22    infringement occurred (all references to "Lines" are to lines on the Schedule).

23        11.    Each of the musical compositions identified on the Schedule, Line 2, was created

24    by the persons named on Line 3.

25        12.    On or about the dates indicated on Line 5, the publishers named on Line 4

26    (including any predecessors in interest), complied in all respects with the requirements of the

27    Copyright Act and received from the Register of Copyrights Certificates of Registration

28    bearing the numbers listed on Line 6.

IOWARD
RICE
MEROVSKI
CANADY
FALK
& RABKIN
*Professional Corporation*

13.  On the dates listed on Line 7, Plaintiff BMI was and still is the licensor of the public performance rights in the musical compositions identified on Line 2.  On the dates listed on Line 7, the Plaintiffs listed on Line 4 were and still are the owners of the copyright in the respective musical composition listed on Line 2.

14.  On the dates listed on Line 7, Defendants performed and/or caused the musical compositions identified on Line 2 to be publicly performed on the premises of Forum Night Club without a license or permission to do so.  Thus, Defendants have committed copyright infringement.

15.  Defendants performed and/or caused such musical compositions to be publicly performed notwithstanding repeated warnings from Plaintiff BMI that the performance on the premises of Forum Night Club, without permission from the copyright owners, did and would constitute infringement of copyright in violation of Title 17 of the United States Code.

16.  The specific acts of copyright infringement alleged, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage.  By continuing to provide unauthorized public performances of works in the BMI repertoire at Forum Night Club, Defendants threaten to continue committing copyright infringement. Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

**RELIEF REQUESTED**

WHEREFORE, Plaintiffs pray that:

(1)  Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

(2)  Defendants be ordered to pay statutory damages per each claim of infringement, pursuant to 17 U.S.C. Section 504(c);

HOWARD
RICE
MEROVSKI
CANADY
FALK
RABKIN
*Professional Corporation*

1    (3)    Defendants be ordered to pay costs, including a reasonable attorney's fee,

2    pursuant to 17 U.S.C. Section 505; and

3    (4)    That Plaintiffs have such other and further relief as is just and equitable.

4

5    DATED:  April 9, 2004.

6                                          KAREN S. FRANK
7                                          SIMON J. FRANKEL
                                           HOWARD RICE NEMEROVSKI CANADY
8                                              FALK & RABKIN
                                           A Professional Corporation
9

10    By:  _____
                                              KAREN S. FRANK
11                                         Attorneys for Plaintiffs BROADCAST MUSIC,
                                           INC., ET AL.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that the following persons, associations of person, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceedings, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of the proceeding.

| | | |
|---|---|---|
| 1. | Rick's Music, Inc. | Neil Bogart (100% stockholder) |
| 2. | EMI Blackwood Music, Inc. | EMI Catalogue Partnership (100% stockholder) |
| 3. | Can't Stop Productions, Inc. | Well Done Enterprises, Inc. (100% stockholder) |
| 4. | Mosaic Music Publishing, LLC | Mosaic Media Group Inc. – 50% ownership<br>CDP Music U.S. Inc. – 50% ownership |
| 5. | Universal Songs of Polygram International Inc. | Vivendi-Universal (Vivendi Company, France 100% ownership |
| 6. | Zomba Songs Inc. | Zomba Enterprises, Inc. |

DATED:  April 9, 2004.

KAREN S. FRANK
SIMON J. FRANKEL
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By:  _Karen S. Frank_
        KAREN S. FRANK
Attorneys for Plaintiffs BROADCAST MUSIC,
INC., ET AL.

**EXHIBIT A**

# *Schedule*

| Line 1 | Claim No. | 1 |
|---|---|---|
| Line 2 | Musical Composition | Funkytown |
| Line 3 | Writer(s) | Steve Greenberg |
| Line 4 | Publisher Plaintiff(s) | Rick's Music, Inc.; Steve Greenberg d/b/a Red Sea Songs |
| Line 5 | Date(s) of Registration | 1/3/80 |
| Line 6 | Registration No(s). | PAu 167-962 |
| Line 7 | Date(s) of Infringement | 10/9/02 |
| Line 8 | Place of Infringement | Forum Nightclub |

| Line 1 | Claim No. | 2 |
|---|---|---|
| Line 2 | Musical Composition | Show Me Love |
| Line 3 | Writer(s) | Allen George; Fred Mc Farlane |
| Line 4 | Publisher Plaintiff(s) | EMI Blackwood Music, Inc.; Allen George and Fred Mc Farlane, a partnership d/b/a Song A Tron Music |
| Line 5 | Date(s) of Registration | 3/24/95 |
| Line 6 | Registration No(s). | PA 752-568 |
| Line 7 | Date(s) of Infringement | 2/24/04 |
| Line 8 | Place of Infringement | |

| Line 1 | Claim No. | 3 |
|--------|-----------|---|
| Line 2 | Musical Composition | Y M C A |
| Line 3 | Writer(s) | Jacques Morali; Henri Belolo; Victor Willis |
| Line 4 | Publisher Plaintiff(s) | Can't Stop Music, A Division of Can't Stop Productions, Inc. |
| Line 5 | Date(s) of Registration | 1/22/79 |
| Line 6 | Registration No(s). | PA 25-983 |
| Line 7 | Date(s) of Infringement | 10/9/02 |
| Line 8 | Place of Infringement | Forum Nightclub |

| Line 1 | Claim No. | 4 |
|--------|-----------|---|
| Line 2 | Musical Composition | Walk This Way |
| Line 3 | Writer(s) | Steve Tyler; Joe Perry |
| Line 4 | Publisher Plaintiff(s) | Mosaic Music Publishing, LLC d/b/a Mosaic Music |
| Line 5 | Date(s) of Registration | 4/7/75          9/27/77 |
| Line 6 | Registration No(s). | Eu 569366      Ep 380213 |
| Line 7 | Date(s) of Infringement | 5/7/03 |
| Line 8 | Place of Infringement | Forum Nightclub |

| Line 1 | Claim No. | 5 |
|--------|-----------|---|
| Line 2 | Musical Composition | Baby Got Back |
| Line 3 | Writer(s) | Anthony L. Ray |
| Line 4 | Publisher Plaintiff(s) | Universal-Songs of Polygram International, Inc; Anthony L. Ray dba Mix-A-Lot Publishing, Inc. |
| Line 5 | Date(s) of Registration | 11/16/92 |
| Line 6 | Registration No(s). | PA  594 005 |
| Line 7 | Date(s) of Infringement | 5/6/03 |
| Line 8 | Place of Infringement | Forum Nightclub |

| Line 1 | Claim No. | 6 |
|---|---|---|
| Line 2 | Musical Composition | Fiesta |
| Line 3 | Writer(s) | Robert Kelly a/k/a R. Kelly |
| Line 4 | Publisher Plaintiff(s) | Zomba Songs Inc.; R. Kelly Publishing Inc. |
| Line 5 | Date(s) of Registration | 1/26/01 |
| Line 6 | Registration No(s). | PA 1-070-503 |
| Line 7 | Date(s) of Infringement | 5/7/03 |
| Line 8 | Place of Infringement | Forum Nightclub |

| Line 1 | Claim No. | 7 |
|---|---|---|
| Line 2 | Musical Composition | Anticipating |
| Line 3 | Writer(s) | Britney Spears; Brian Kierulf; Joshua Schwartz |
| Line 4 | Publisher Plaintiff(s) | Zomba Songs, Inc.; Britney Spears, an individual d/b/a Britney Spears Music; Brian Kierulf, an individual d/b/a Kierulf Songs; Joshua Michael Schwartz, an individual d/b/a Mugsy Boy Publishing |
| Line 5 | Date(s) of Registration | 12/14/01 |
| Line 6 | Registration No(s). | PA 1-071-528 |
| Line 7 | Date(s) of Infringement | 11/25/03 |
| Line 8 | Place of Infringement | |

| Line 1 | Claim No. | 8 |
|---|---|---|
| Line 2 | Musical Composition | Ignition |
| Line 3 | Writer(s) | Robert Kelly a/k/a R. Kelly |
| Line 4 | Publisher Plaintiff(s) | Zomba Songs Inc.; R. Kelly Publishing Inc. |
| Line 5 | Date(s) of Registration | 2/4/03 |
| Line 6 | Registration No(s). | PA 1-130-236 |
| Line 7 | Date(s) of Infringement | 5/7/03 |
| Line 8 | Place of Infringement | Forum Nightclub |